# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1601
Lower Tribunal No. 2008-CF-15374-A-O

_____

TERRELLE A. TULLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal Pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Renee A. Roche, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Terrelle A. Tullis, Crawfordville, pro se.

No appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED